PEOPLE v. HERMAN.

(Supreme Court, Appellate Division, Second Department. November 16, 1906.)

Appeal from Special Term.

Jacob Herman was indicted, and from an order, he appeals. Affirmed.

Argued before HIRSCHBERG, P. J., and WOODWARD, GAYNOR, RICH, and MILLER, JJ.

PER CURIAM. Order affirmed, without costs, on the authority of People v. De Puy (decided herewith), 101 N. Y. Supp. 81.